

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-19-00745-CR

Miguel G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed on August 6, 2020. On August 31, 2020, we granted appellee an extension of time to file its brief until October 7, 2020. We stated: "No further extensions will be granted absent extenuating circumstances." On October 8, 2020, appellee filed a second motion requesting an extension of time to file its brief until October 21, 2020. Appellee did not assert that extenuating circumstances exist. Nevertheless, we GRANT IN PART appellee's motion. It is ORDERED that appellee's brief is due on **October 16, 2020. No further extensions of time will be allowed.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court